# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RICHARD BLANCHARD,

          Plaintiff,

vs.

JP MORGAN CHASE BANK, et al.,

          Defendant.

Case No. 2:11-cv-01127-ECR-PAL

**ORDER**

(Mtn to Stay - Dkt. #13)

This matter is before the court on the Plaintiff Richard Blanchard's Motion for Stay of Litigation Proceedings Pending Determination on Motion to Remand (Dkt. #13). The court has considered the Motion.

Plaintiff requests that the court stay all proceedings until the court decides his Motion to Remand (Dkt. #13). Plaintiff contends this court is not the proper forum, and the District Court of Clark County, Nevada, should determine this matter. He asserts that imposing a stay is in the interest of judicial economy and will prevent the parties from incurring unnecessary fees and costs. Defendants have not filed an opposition or response. Pursuant to LR 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." *Id.*

Aside from the Motion to Remand (Dkt. #13), there are two other dispositive motions pending before the district judge– a Motion to Dismiss (Dkt. #7) and a Motion for Declaratory Judgment to Determine Defendants' Standing (Dkt. #30).

/ / /

/ / /

/ / /

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiff's Motion to Stay (Dkt. #13) is GRANTED.
2. This matter is temporarily stayed until the District Judge has ruled upon the three pending dispositive motions (Dkt. ##7, 13, 30).
3. Within **thirty days** after the district judge rules on the dispositive motions, the parties shall jointly file a proposed discovery plan and scheduling order that complies with LR 16 for any claim that survives.

Dated this 20th day of January, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE