Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV 89101
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com

Attorney for Defendant, Quality Loan Service Corporation

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BLANCHARD, an individual, | CASE NO. 2:11-cv-01127-JCM-PAL |
| Plaintiff, | |
| v. | **ORDER GRANTING QUALITY LOAN SERVICE CORPORATION'S EX PARTE MOTION TO EXPUNGE LIS PENDENS** |
| JP MORGAN CHASE BANK; US BANK N.A.; QUALITY LOAN SERVICES CORPORATION; MERSCORP, INC., a Virginia Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP. INC., a Delaware corporation; and DOES individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, inclusive,. | |
| Defendants | |

　　　　Defendant, Quality Loan Service Corporation, Inc., by and through its counsel of record, Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, filed a Motion to Expunge Lis Pendens on January 14, 2013 (Docket No. 78).  The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

　　　　1.　When the underlying claims or litigation upon which a lis pendens or notice of pendency of action are adjudicated and resolved against the individual filing the lis pendens, the lis pendens expires in that there is no pending litigation which can serve as its basis.

　　　　IT IS THEREFORE ORDERED, that based on the foregoing, the Motion to Expunge Lis Pendens is GRANTED and the lis pendens affecting the property located at 2503 Vegas Vic St.,

- 1

1   Henderson, Nevada 89015 (APN 179-34-612-043) and recorded by Plaintiff on June 14, 2011 in
2   the public records of Clark County, Nevada as instrument number 201106140001065 is hereby
3   expunged and declared to have no further force and effect.

      IT IS SO ORDERED January 18, 2013.

_____
UNITED STATES DISTRICT JUDGE

- 2